UNITED STATES DISTRICT C0URT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Great Neck Saw Manufacturers Inc.,

        Plaintiff,

-v-                                             ORDER OF DISMISSAL
                                                       CV-04-4745 (TCP)

Charles Amash Imports, Inc.

        Defendant.

-------------------------------------------------------X

        IT IS HEREBY ORDERED, having been advised by the parties on June 20, 2005 that the above case has settled, the case is dismissed. A stipulation of settlement should be forwarded to the Court as promptly as possible.

        IT IS FURTHER ORDERED should the settlement not be consummated the Court will reopen the case upon receipt of letter from counsel so requesting.

        The Clerk of the Court is directed to mark this case closed.

                                                                               /s/
                                                                         Thomas C. Platt
                                                                         U.S. District Judge

Dated: Central Islip, NY
          July 12, 2005